COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00582-CR |
| Style: | Rodney Wayne Robins |
| | **v.** The State of Texas |
| Date motion filed*: | December 1, 2014 |
| Type of motion: | "Appellant's Motion to Hold the Briefing Schedule until Record Properly Filed or Extend Time to File Brief" |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's brief |

Is appeal accelerated?    No

If motion to extend time:

| | |
|---|---|
| Original due date: | October 30, 2014 |
| Number of previous extensions granted: | Current Due date: |
| Date Requested: | January 1, 2015 |

Ordered that motion is:

☑    Granted in part and dismissed as moot in part

   If document is to be filed, document due: **January 2, 2014**

   ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

The court reporter's record was filed in this appeal on September 30, 2014. Accordingly, appellant's request for a hold on the briefing schedule is dismissed as moot. Appellant's request for an extension of time to file appellant's brief is granted. Appellant's brief is due to be filed with this Court no later than January 2, 2014.

Judge's signature:   /s/ Terry Jennings
                     ☑ Acting individually        ☐ Acting for the Court

Panel consists of    _____

Date:  December 9, 2014